DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## IN RE JOHNSON

No. 46 PC.

Case below: 26 N.C. App. 745.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

## IN RE LONG

No. 137 PC.

Case below: 25 N.C. App. 702.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

## KLEIN v. INSURANCE CO.

No. 22 PC.

Case below: 26 N.C. App. 452.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 25 August 1975.

## KNUCKLES v. SPAUGH

No. 193 PC.

Case below: 26 N.C. App. 340.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

## LEASING, INC. v. DAN-CLEVE CORP.

No. 15.

Case below: 25 N.C. App. 18.

Petition for writ of certiorari to North Carolina Court of Appeals improvidently granted 6 May 1975 (reported 287 N.C. 260) is denied 30 July 1975.